No. 47385.—Protests 1236–K/88656, etc., of Davies, Turner & Co. (Chicago).

Opinion by TILSON, J. From the evidence submitted it was found that this case comes well within the ruling of this court in *Myer* v. *United States* (6 Cust. Ct. 191, C. D. 459) which held that woven fabrics in chief value of metal thread worn by a commissioned officer in the Air Corps of the United States Army are not covered by any of the provisions of paragraph 1529 but are dutiable under paragraph 385. The protests were therefore sustained as to certain of the items in question.